UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

UNITED STATES OF AMERICA      )
                                    )     Case No. 4:19-cr-17
v.                                 )
                                    )     Judge Curtis L. Collier
GREGORY HIGGINS           )

## O R D E R

Before the Court is a motion by Defendant Gregory Higgins to continue his April 8, 2020 sentencing hearing until April 22 because of existing out-of-town travel plans by counsel. (Doc. 26.) The United States does not oppose the motion and is available on the suggested date. The motion (Doc. 26) is **GRANTED**. Defendant's sentencing is **RESET** for **April 22, 2020, at 2:00 p.m.**

      **SO ORDERED.**

      **ENTER:**

                                    **/s/** _____
                                    **CURTIS L. COLLIER**
                                    **UNITED STATES DISTRICT JUDGE**